# PECHMAN LAW GROUP PLLC

### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 12, 2026

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

*Defendants' request for an adjournment is GRANTED.  The initial pretrial conference scheduled for February 27, 2026 is adjourned to March 4, 2026 at 12:00 p.m.  The parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.*

SO ORDERED.

*February 13, 2026*

LEWIS J. LIMAN
United States District Judge

Re:  *Pena v. Build-Source Corp., and Phil Pavich*
     Case No. 25 Civ. 09471 (LJL)

Dear Judge Liman:

We represent Defendants in the above-referenced matter and submit this letter-motion seeking an adjournment of the telephonic Initial Pretrial Conference currently scheduled for February 27, 2026, at 3:00 p.m.  The reason for this request is that I will be out of the country on that date on a previously scheduled vacation.  This is the first request to adjourn the Conference, and no other appearances are currently scheduled. In accordance with Your Honor's Individual Practices in Civil Cases § 4(B), Defendants propose: March 4, March 6, or March 10 as alternative dates for the Conference.

Plaintiff's counsel does **not** consent to this request stating via e-mail, "we are not in a position to agree to an adjournment if it delays the service of our discovery requests." Plaintiff's counsel also refused via e-mail to confirm availability for the alternative dates.

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/Vivianna Morales*
Vivianna Morales

cc: Counsel for Plaintiff (via ECF)