UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                             :

JORGE NEPTALI MORA PEÑA, on behalf of himself,  :
FLSA Collective Plaintiffs, and the Class,        :

                             :

          Plaintiffs,         :          25-cv-09471 (LJL)

                             :

       -v-                :           ORDER

                             :

BUILD-SOURCE CORP., and PHIL PAVICH,    :

                             :

          Defendants.        :

                             :
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2026

LEWIS J. LIMAN, United States District Judge:

This order further documents the Court's rulings at the conference on March 4, 2026.

Plaintiff shall file a revised case management plan by March 6, 2026. The order should implement the default dates set in the model case management plan, running from March 4, 2026, with the exception that the deadline for expert discovery may be set at sixty days from the completion of fact discovery. The case management plan should reflect that any motion under 29 U.S.C. § 216(b) shall be made by May 15, 2026 and any motion under Federal Rule of Civil Procedure 23 shall be made no later than the date of the close of fact discovery.

The case management plan should indicate three dates and times following the close of expert discovery when the parties would be available for a post-discovery status conference.

SO ORDERED.

Dated: March 5, 2026
     New York, New York

                            LEWIS J. LIMAN
                       United States District Judge