**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JORGE NEPTALI MORE PENA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

   v.

BUILD-SOURCE CORP., and
PHIL PAVICH,

                Defendants.

---

**Case No.**: 1:25-cv-09471


**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, by their attorneys, Pechman Law Group, PLLC, having offered to allow Plaintiff Jorge Neptali Mora Pena ("Plaintiff") to take a judgment against them, in the sum of Twenty thousand dollars ($20,000), inclusive of attorneys' fees and costs in full and final resolution of all claims as detailed in the Complaint, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 29, 2026 and filed as Exhibit A to Docket Number 26;

**WHEREAS**, on June 4, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 26);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Jorge Neptali Mora Pena, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 29, 2026 and filed as Exhibit A to Docket Number 26. The Clerk of Court is respectfully directed to close this case.

Entry of judgment resolves all pending motions in this matter.

**SO ORDERED:**

Dated: _____June 9, 2026_____, 2026          _____
       New York, New York                                      U.S.D.J.